1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, AZ Bar # 016370
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   RALPH RAMIREZ VALENZUELA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. CR-10-00122-MCE
                                    )
14            Plaintiff,            )
                                    )  STIPULATION AND ORDER TO CONTINUE
15    v.                            )  STATUS CONFERENCE
                                    )
16 RALPH RAMIREZ VALENZUELA,        )
                                    )  Date: April 29, 2010
17            Defendant.            )  Time: 9:00 a.m.
                                    )  Judge: Hon. Morrison C. England
18 _____  )

19     IT IS HEREBY STIPULATED between the parties, Michael Anderson,

20 Assistant United States Attorney, and Douglas J. Beevers, Assistant

21 Federal Defender, attorney for defendant RALPH RAMIREZ VALENZUELA, that

22 the status conference of April 29, 2010 at 9:00 a.m., be vacated, and

23 the matter be set for status conference on May 13, 2010 at 9:00 a.m.

24     The reason for the continuance is to allow the defendant

25 additional time to review the discovery and the plea agreement. The

26 parties agree a continuance is necessary for this purpose, and agree to

27 exclude time under the Speedy Trial Act accordingly.

28

1 IT IS STIPULATED that the period from the signing of this Order, up to
2 and including May 13, 2010, be excluded in computing the time within
3 which trial must commence under the Speedy Trial Act, pursuant to 18
4 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5 of counsel.
6 Dated: April 27, 2010

                                Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                */s/ Douglas Beevers*
                                _____
                                DOUGLAS BEEVERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                RALPH RAMIREZ VALENZUELA

Dated: April 27, 2010

                                BENJAMIN B. WAGNER
                                Acting United States Attorney

                                */s/ MICHELLE RODRIGUEZ*
                                _____
                                By:  MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 29, 2010, be continued to May 13, 2010 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the May 13, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

 Dated: April 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE